MARGARET O'SHAUGHNESSY, Respondent, *v.* THE ÆTNA LIFE INSURANCE COMPANY, Appellant.

*O'Shaughnessy* v. *Ætna Life Ins. Co.*, 105 App. Div. 625, affirmed.
(Argued November 14, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 15, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on a policy of accident insurance.

*Maurice C. Spratt* for appellant.

*John D. Lynn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.